## STATE OF CONNECTICUT *v.* STEPHEN JAMES MORAVSKY
## (AC 32551)

Lavine, Alvord and Pellegrino, Js.

Argued February 13—officially released March 5, 2013

Per Curiam. The judgment is affirmed.

## CARLTON T. MARTIN *v.* COMMISSIONER OF CORRECTION
## (AC 34194)

Lavine, Robinson and Bear, Js.

Submitted on briefs February 15—officially released March 5, 2013

Per Curiam. The judgment is affirmed.

## KENNETH GELORMINO *v.* COMMISSIONER OF CORRECTION
## (AC 32962)

Robinson, Bear and Borden, Js.

Argued February 13—officially released March 5, 2013

Per Curiam. The appeal is dismissed.